COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| HERLINDA ARREOLA DE VEGA, | § | No. 08-19-00236-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law Number Five |
| GUSTAVO VEGA MUNOZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2018DCM7176) |
| | § | |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and her sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs in this Court, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF APRIL, 2021.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.